1  ALEXANDER B. CVITAN (SBN 81746), and
   (alc@rac-law.com)
2  MARSHA M. HAMASAKI (SBN 102720), Members of
   (marshah@rac-law.com)
3  REICH, ADELL & CVITAN                    NO JS-6
   A Professional Law Corporation
4  3550 Wilshire Boulevard, Suite 2000
   Los Angeles, California  90010-2421
5  Telephone (213) 386-3860; Facsimile (213) 386-5583

6  Attorneys for Construction Laborers Trust Funds for
   Southern California Administrative Company, LLC

7

8                UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11  CONSTRUCTION LABORERS TRUST FUNDS  ]   CASE NO. CV 11-8157 CBM(RZx)
    FOR SOUTHERN CALIFORNIA            ]
12  ADMINISTRATIVE COMPANY, a Delaware ]
    limited liability company,         ]   JUDGMENT PURSUANT TO
13                                     ]   STIPULATION
                                       ]
14              Plaintiff,             ]
                                       ]
15       vs.                           ]
                                       ]
16                                     ]   DISCOVERY CUT OFF:
    M1 AND D1 CONSTRUCTION, INC.,      ]   JUNE 30, 2012
17  a corporation also known as and    ]
    doing business as M & D LANDSCAPE, ]   PRE-TRIAL CONFERENCE:
18  INC.; AMERICAN CONTRACTORS         ]   OCTOBER 1, 2012
    INDEMNITY COMPANY, a California     ]
19  corporation; DOE 1 through DOE 10, ]   TRIAL: NOVEMBER 6, 2012
    inclusive,                         ]
20                                     ]
                Defendants.            ]
21                                     ]
    _____]
22                                     ]
    AND RELATED CROSS ACTIONS.         ]
23                                     ]
    _____]
24

25       PURSUANT TO THE STIPULATED SETTLEMENT AND STIPULATION FOR

26  ENTRY OF SEVERAL JUDGMENT by and between the Plaintiff and

27  CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA

28  ADMINISTRATIVE COMPANY, LLC, and the Defendant, M1 AND D1

                              -1-

1  CONSTRUCTION, INC., a corporation also known as and doing business

2  as M & D LANDSCAPE, INC., and good cause appearing therefor,

3      **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

4      Judgment is entered in favor of the Plaintiff, CONSTRUCTION

5  LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE

6  COMPANY, LLC, a fiduciary, administrator, agent and assignee for

7  collection to the LABORERS HEALTH AND WELFARE TRUST FUND FOR

8  SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR

9  SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS VACATION TRUST FOR

10 SOUTHERN CALIFORNIA; LABORERS TRAINING AND RE-TRAINING TRUST FUND

11 FOR SOUTHERN CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY

12 ADVANCEMENT; CENTER FOR CONTRACT COMPLIANCE; LABORERS CONTRACT

13 ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA, LABORERS

14 TRUSTS' ADMINISTRATIVE TRUST FUND, SAN DIEGO COUNTY CONSTRUCTION

15 LABORERS PENSION TRUST FUND; and SAN DIEGO CONSTRUCTION

16 ADVANCEMENT FUND 2003 TRUST FUNDS ("TRUST FUNDS") and against

17 Defendant, M1 AND D1 CONSTRUCTION, INC., a corporation also known

18 as and doing business as M & D LANDSCAPE, INC. ("M&D LANSCAPE")

19 for the principal sum of $76,198.05 covering the period from April

20 2010 through December 2011, plus $3,000.00 in attorneys fees for a

21 total Judgment sum of $79,198.05.

22     The money judgment entered in this action is for known

23 delinquencies covering the inclusive period from April 2010

24 through December 2011 and TRUST FUNDS' claim relating to the audit

25 of EMPLOYER'S records covered the period through November 2011

26 only; therefore, as to the period after November 2011, entry of

27 the money judgment in this action shall not be or operate as a bar

28 and/or res judicata as to either the amount of delinquencies which

-2-

1   may be discovered by any subsequent audit conducted by Plaintiff

2   and/or the TRUST FUNDS' representatives and/or which may be

3   disclosed through claims by employees, and in any action brought

4   to recover the subsequently disclosed delinquencies after November

5   2011.

6

7   DATED:March 28, 2012

                                     CONSUELO B. MARSHALL, JUDGE OF THE

8                            UNITED STATES DISTRICT COURT FOR

                            THE CENTRAL DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-